# JS 6 TERMINATION REPORT FORM

Case Number   20 C 7391

Case Title    OBENTO LIMITED (d/b/a Chinese Menu Online) et al v. QMENU INC

Date Filed    12/14/2020

| | |
|---|---|
| Dollar Award | Date at Issue |
| Date Pretrial | |
| Date Trial Began | Date Trial End |

Disposition    00 Transfer to another district

Nature of Judgment    Select nature of judgment

Judgment for    Select Judgement For code          Class Action   n (no class action alleged)

Progress at Termination   12 Before issue joined-motion decided

Rev. 2 01/21/2016