**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| OBENTO LIMITED (d/b/a Chinese Menu Online) and P & F INC. d/b/a Happiness Restaurant, on behalf of itself and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION FILE NO. 1:21-CV-03949-SCJ |
| v.  ) ) | CLASS ACTION |
| QMENU INC., ) ) | |
| Defendant. ) | |

**JOINT MOTION TO STAY OR ABATE PROCEEDINGS**

Plaintiffs Obento Limited (d/b/a/ Chinese Menu Online) and P & F Inc. (d/b/a/ Happiness Restaurant)(collectively, "Plaintiffs") and Defendant qMenu, Inc., ("Defendant"), hereby file this Joint Motion to Stay or Abate all calendared events and deadlines in the above-captioned case through and including February 7, 2022, showing the Court as follows:

1. Plaintiffs filed this putative class action in the Northern District of Illinois on December 14, 2020, alleging claims of unfair competition, tortious interference with contracts and prospective economic advantage, violations of the Illinois Consumer Fraud and Deceptive Business Practices Act and Georgia Fair

Business Practices Act and unjust enrichment against Defendant, due to their alleged wrongful access to certain restaurants' Google My Business ("GMB") listings. Plaintiffs seek to certify a class of restaurants whose GMB listings Defendant allegedly wrongfully accessed between April and July 2020. Defendant was served with the Complaint on January 15, 2021.

2. On September 20, 2021, the Northern District of Illinois granted Defendant's Motion to Transfer the case to this Court.

3. On December 3, 2021, Plaintiffs filed an Amended Class Action Complaint. On December 17, 2021, this Court granted Defendant's Motion to extend the time for Defendant to answer or otherwise respond to the Amended Complaint, through and including January 7, 2022.

4. On or about December 31, 2021, the Parties reached a settlement in principal of this matter, and seek to abate all upcoming events and deadlines, including the deadline to respond to Plaintiffs' Amended Complaint, through and including February 7, 2022, so that they can finalize the settlement. The Parties will file a Notice of Settlement once they have reached a final agreement.

5. Neither Plaintiffs nor Defendant will be prejudiced by this Motion, which is made in good faith and not for an improper purpose of unduly delaying this matter.

WHEREFORE, Plaintiffs Obento Limited (d/b/a/ Chinese Menu Online) and P & F Inc. (d/b/a/ Happiness Restaurant) and Defendant qMenu, Inc., respectfully request that the Court GRANT their Motion and abate all calendared events and deadlines through and including February 7, 2022, so that the Parties can finalize the settlement of this matter. A proposed order is attached hereto for the Court's convenience.

Respectfully submitted this 3rd day of January, 2022.[1]

| | |
|---|---|
| */s/ Jonathan L. Schwartz* | */s/ Jennifer A. Adler* |
| Jonathan L. Schwartz (*pro hac vice*) | Nicholas P. Panayotopoulos |
| Larry D. Mason (*pro hac vice*) | Georgia Bar No. 560679 |
| Goldberg Segalla LLP | Jennifer A. Adler |
| P.O. Box 957 | Georgia Bar No. 585635 |
| Buffalo, NY 14201 | Weinberg, Wheeler, Hudgins, Gunn |
| (312) 572-8411 (Schwartz) | & Dial, LLC |
| (312) 572-8444 (Mason) | 3344 Peachtree Road NE, Suite 2400 |
| jschwartz@goldbergsegalla.com | Atlanta, Georgia 30326 |
| lmason@goldbergsegalla.com | Tel. (404) 876-2700 |
| | Fax: (404) 875-9433 |
| Gregory L. Mast | npanayo@wwhgd.com |
| Georgia Bar No. 476191 | jadler@wwhgd.com |
| Tyler Bryant Walker | *Attorneys for Defendant* |
| Georgia Bar No. 250477 | |
| Christopher S. Lee | |
| Georgia Bar No. 621342 | |
| Fields Howell LLP | |
| 1180 W. Peachtree Street, NW | |
| Suite 1600 | |
| Atlanta, GA 30309 | |

---

[1] I hereby certify that this document was prepared using 14-point Times New Roman, a font permitted by the Local Rules of the Court.

Tel. (404) 214-1250
Fax: (404) 214-1251
gmast@fieldshowell.com
twalker@fieldshowell.com
clee@fieldshowell.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 3, 2022**, I electronically filed the foregoing Joint Motion to Stay or Abate Proceedings with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Christopher S. Lee
clee@fieldshowell.com

Larry D. Mason
lmason@goldbergsegalla.com

Gregory L. Mast
gmast@fieldshowell.com

Jonathan L. Schwartz
jschwartz@goldbergsegalla.com

Tyler Bryant Walker
twalker@fieldshowell.com

*/s/ Jennifer A. Adler*
Georgia Bar No. 585635
*Attorney for qMenu Inc.*